

The following constitutes the order of the court.
Signed January 21, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re )
)
VINCENT JOSEPH CIRELLI, )
JENNIFER JULIA CIRELLI, )   Case No.09-72057
)
  Debtors. )   Chapter 13
_____ )

**MEMORANDUM REGARDING MOTION FOR RELIEF
FROM STAY AS RESTORED BY NSP LA TRUST**

On January 2, 2014, moving party NSP LA Trust filed a declaration and notice restoring Motion for Relief from Stay, R.S. No. ELL-1040, in the above-captioned case. Based on the content of these filings, the Court cannot determine the relationship between the original movant, Bayview Loan Servicing, LLC, and the present movant, NSP LA Trust.

Counsel for the moving party shall be prepared to address the issue of movant's standing to bring the restored Motion for Relief from Stay at the hearing on the Motion to be held on January 22, 2014 at 9:30AM, Oakland Courtroom 220.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | **Debtor** |
| 3 | Vincent Joseph Cirelli<br>2231 Bryce Dr<br>Martinez, CA 94553 |
| 4 | |
| 5 | **Joint Debtor**<br>Jennifer Julia Cirelli |
| 6 | 2231 Bryce Dr<br>Martinez, CA 94553 |
| 7 | **Debtor's Counsel** |
| 8 | Daniel S. Vaughan<br>Law Offices of Daniel S. Vaughan |
| 9 | 1485 Enea Ct. #1330<br>Concord, CA 94520 |
| 10 | **Trustee** |
| 11 | Martha G. Bronitsky<br>P.O. Box 9077 |
| 12 | Pleasanton, CA 94566 |